ANTOINETTE WASHINGTON     *     NO. 2021-CA-0080

VERSUS     *     COURT OF APPEAL

BRIAN TAYLOR, ELKHART     *     FOURTH CIRCUIT
CORPORATE CLEANING
SERVICE, INC. AND     *     STATE OF LOUISIANA
MOTORISTS MUTUAL
INSURANCE COMPANY     *

    *

* * * * * * *

**CONSOLIDATED WITH:**        **CONSOLIDATED WITH:**

STEPHANIE MYLES AND        NO. 2021-CA-0081
TAQUILLA WHITE

VERSUS

BRIAN TAYLOR, ELKHART
CLEANING SERVICE,
MOTORIST MUTUAL
INSURANCE COMPANY, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY


BELSOME, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE
JENKINS